UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD BETHELY (#609204)** | **CIVIL ACTION** |
| **VERSUS** | |
| **DARRYL VANNOY, ET AL.** | **NO. 19-463-JWD-RLB** |

**Consolidated with:**

| | |
|---|---|
| **RICHARD BETHELY (#609204)** | **CIVIL ACTION** |
| **VERSUS** | |
| **DARRYL VANNOY, ET AL.** | **NO. 19-798-JWD-RLB** |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 4, 2021 (Doc. 34), to which no objection was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and that this proceeding shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 18, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**