UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RICHARD BETHELY (#609204)**

**VERSUS**

**DARRYL VANNOY, ET AL.**

**CIVIL ACTION**

**NO. 19-463-JWD-RLB**

Consolidated with:

**RICHARD BETHELY (#609204)**

**VERSUS**

**DARRYL VANNOY, ET AL.**

**CIVIL ACTION**

**NO. 19-798-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated November 4, 2021 (Doc. 34), to which an objection (Doc. 40) was filed and considered;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and that this proceeding shall be dismissed with prejudice.

**IT IS FURTHER ORDERED** that in the event the petitioner pursues an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 31, 2022.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**